IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JASON HERSEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00268-TES |
| | * |
| SHAWN HOMAN, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated July 9, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Bleckley County, Georgia.

This 10th day of July, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk